IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br><br>JOSE L. RODRIGUEZ RUIZ<br>IN RE JO ANNE VAZQUEZ RODRIGUEZ<br><br>**DEBTOR**<br><br>JOSE L RODRIGUEZ RUIZ<br>JO ANNE VAZQUEZ RODRIGUEZ<br><br>**PLAINTIFF**<br><br>Vs.<br><br>RETIREMENT SYSTEM ADMINISTRATION (RSA)<br>GOVERNMENT EMPLOYEES ASSOCIATION (AEELA)<br>PUERTO RICO POLICE DEPARTMENT (PPD)<br><br>**DEFENDANT** | **CASE No.: 15-07632 (EAG)**<br><br>**Chapter 7**<br><br><br>**ADV. NO. 16-00205**<br><br><br>Contempt and damages for the Violation of the Automatic Stay and Discharge Injunction: Leave of Court to Initiate Preference Transfer Action not initiated by Trustee |

**JOINT INITIAL SCHEDULING CONFERENCE REPORT**

TO THE HONORABLE EDWARD A. GODOY
UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW**, through counsel, José Rodríguez Ruiz and Jo Anne Vázquez Rodríguez, ("Debtor/Plaintiffs"), the Retirement System Administration (hereinafter "RSA"), Police Department through the Department of Justice, (collectively, "the Parties"), who respectfully state and pray as follows:

Pursuant to Federal Rule of Civil Procedure 26(f) – made applicable to bankruptcy Proceedings by Federal Rules of Bankruptcy Procedure 7026 and 9014 – the parties hereby submit their Discovery Plan in accordance with P.R. LBR 7016-1 and 7026-1(a):

1

1. The parties agree that all disclosures under the Federal Rules of Bankruptcy Procedure 7026(a)(1) will be made on or before Monday, May 24, 2017.

2. The parties will conduct discovery concerning their respective claims and defenses. See Federal Rule of Bankruptcy Procedure 7026(f)(2).

3. The parties anticipate that discovery will be completed within 120 days and agree to a discovery closure date of Wednesday, July 26, 2017.

4. The parties do not believe they need a deadline to join other parties or amend the pleadings as such actions are not contemplated at this time. If applicable, the deadline for joinder of parties or to amend pleadings is on or before Monday, June 26, 2017.

5. The parties agree that the deadline to file dispositive and/or request a pre-trial hearing to be Friday, August 25, 2017.

6. The parties believe that referral of this matter for mediation would not be helpful.

7. The parties do not believe that a Pretrial Conference before the Court would serve any purpose at this time.

8. The parties shall entertain the possibility of an amicable resolution of this action.

**WHEREFORE**, the above parties through their respective undersigned attorneys of record, respectfully request that for the above stated reasons this Court take notice of the proposed scheduling conference / discovery Plan (ISC/DP) and grant such further equitable or legal relief the Court deems necessary.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 27th day of March, 2017.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON THIS SAME DATE, I ELECTRONICALLY FILED THE FOREGOING WITH THE CLERK OF THE COURT USING THE CM/ECF SYSTEM,

WHICH WILL SEND NOTIFICATION OF SUCH FILING TO ALL REGISTERED CM/ECF PARTICIPANTS.

| | |
|---|---|
| */s/ Elbia Vázquez Dávila*<br>ELBIA VÁZQUEZ DÁVILA<br>USDC No. 208810<br>E-mail: leydequiebraspr@gmail.com<br><br>*Counsel for Plaintiff*<br>Calle Principal Núm. 21,<br>Urb. El Retiro<br>San Germán, PR 00683<br>Tel. (787) 892-0300 | */s/ Javier Vilariño*<br>JAVIER VILARIÑO<br>USDC No. 223503<br>E-mail: jvilarino@vilarinolaw.com<br><br>*Counsel for Defendant RSA*<br>**VILARIÑO & ASSOCIATES, LLC**<br>PO Box 9022515<br>San Juan, PR 00902-2515<br>Tel. (787) 565-9894 |

WANDA VAZQUEZ GARCED
Secretary of Justice

WANDYMAR BURGOS VARGAS
Acting Deputy in Charge of General Litigation

SUSANA PENAGARICANO BROWN
Acting Director of Federal Litigation and Bankruptcy

*//S// YANINA RUFAT GARCIA*
YANINA RUFAT GARCIA, ESQ
U.S.D.C. NO. 226011
Attorney
Federal Litigation Division
DEPARTMENT OF JUSTICE OF PUERTO RICO
P.O. Box 9020192
San Juan, PR 00902-0192
Phone 787 721-5636/8010
Fax. (787) 723-9188

bankruptcyjusticia.gobierno.pr@gmail.com