**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**Minute Entry**

*Hearing Information:*

**Debtor**: VAZQUEZ RODRIGUEZ et al v. ADM SISTEMA RETIRO EMPLEADOS GOBIERNO Y JUDICATURA
**Case Number**: 16-00205-EAG    **Chapter:** 7
**Date / Time / Room**: 03/28/2017 10:00 am
**Bankruptcy Judge**: EDWARD A. GODOY
**Courtroom Clerk**: MIGDALIA GARCIA (TRAINER)/ MARIA ELENA PINTADO (TRAINEE)
**Reporter / ECR**: MADELYN BEDARD

*Matter:*

INITIAL SCHEDULING CONFERENCE

*Appearances:*

ELBIA I VAZQUEZ DAVILA--for Plaintiff
ROSARIO VIDAL ARBONA--for Asociacion de Empleados del Estado Libre Asociado de Puerto Rico
YANINA RUFAT GARCIA-- for the Police Department of the Commonwealth of Puerto Rico
IGNACIO LABARCA-- for Administracion de Sistemas de Retiro Empleados de Gobierno y Judicatura

*Proceedings:*

**ORDER**:

Partial judgment is entered with the consent of plaintiff, defendant AEELA, and all the other defendants, that

complaint is dismissed as to AEELA only.

The parties are granted 120 days to conclude discovery. Order due by 07/26/2017. Dispositive motions are due 30

days thereafter. Order due by 08/25/2017. Any opposition to dispositive motions is due by 09/25/2017. Replies are

due by 10/10/2017. Clerk is to follow up on 11/30/2017 to enter a pretrial order is the case is not settled before then.

/S/EDWARD A. GODOY
U.S. Bankruptcy Judge