Case:17-03566-9 Doc#:1 Filed:05/21/17 Entered:05/22/17 14:40:42 Desc: Main Document Page 1 of 20

Case:16-00205-MAG Doc#:43-1 Filed:05/22/17 Entered:05/22/17 17:30:13 Desc: Exhibit A - Employee Retirement System PROMESA Petition Page 1 of 20

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

Exhibit A

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Employees Retirement System of the Government of the Commonwealth of Puerto Rico (ERS) (Title III Debtor)

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Proskauer Rose LLP, 11 Times Square, New York, NY 10036 (Tel. 212-969-3000) and O'Neill & Borges LLC, Suite 800, 250 Muñoz Rivera Ave., San Juan, PR 00918-1813 (Tel. 787-764-8181)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane — ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability — ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability — ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 840 Trademark | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability — **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle — ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability — ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury — ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice — ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise |  | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights — **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting — ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment — ☐ 510 Motions to Vacate Sentence |  |  | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations — ☐ 530 General |  |  | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment — ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other — **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education — ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
48 U.S.C. Secs. 2101-2241
Brief description of cause:
Title III Case under the Puerto Rico Oversight, Management and Economic Stability Act - 48 U.S.C.A. Secs. 2101 e

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $** _____
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: May 21, 2017
SIGNATURE OF ATTORNEY OF RECORD
Hermann D. Bauer Alvarez *(signature)*

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

Case:17-03566-9 Doc#:1 Filed:05/21/17 Entered:05/21/17 14:40:42 Desc: Main Document Page 2 of 29

Case:16-00205-MAG Doc#:43-1 Filed:05/22/17 Entered:05/22/17 17:30:13 Desc: Exhibit A - Employee Retirement System PROMESA Petition Page 2 of 20

JS 44 Reverse (Rev. 08/16)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
 (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
 (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. Nature of Suit. Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

Case:17-03566-9 Doc#:1 Filed:05/21/17 Entered:05/21/17 14:40:47 Desc: Main
Document Page 3 of 20

Case:16-00205-MAG Doc#:43-1 Filed:05/23/17 Entered:05/23/17 17:30:13 Desc:
Exhibit A - Employee Retirement System PROMESA Petition Page 3 of 20

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).

Attorney Name (Last, First, MI): Bauer Alvarez, Hermann D

USDC-PR Bar Number: 215205

Email Address: hermann.bauer@oneillborges.com

1. Title (caption) of the Case (provide only the names of the first party on each side):

   Plaintiff: In re Employees Retirement System of the Government of the Commonwealth of Puerto

   Defendant:

2. Indicate the category to which this case belongs:

   [X] Ordinary Civil Case
   [ ] Social Security
   [ ] Banking
   [ ] Injunction

3. Indicate the title and number of related cases (if any).

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   [ ] Yes
   [X] No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   [ ] Yes
   [X] No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

   [ ] Yes
   [X] No

Date Submitted: May 21, 2017

rev. Dec. 2009

[ Print Form ]   [ Reset Form ]

Case:17-03566-9 Doc#:1 Filed:05/21/17 Entered:05/22/17 14:40:42 Desc: Main Document Page 4 of 20

Case:16-00205-MAG Doc#:43-1 Filed:05/22/17 Entered:05/22/17 17:30:13 Desc: Exhibit A - Employee Retirement System PROMESA Petition Page 4 of 20

**Fill in this information to identify the case:**

United States District Court for the:
District of Puerto Rico

Case number (If known): _____ (PROMESA Title III)

☐ Check if this is an amended filing

# Title III Petition for Covered Territory or Covered Instrumentality

This form is designed to comply with section 304(a) of Puerto Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. § 2164 ("PROMESA").

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the Debtor's name and the case number (if known).

| | | |
|---|---|---|
| 1. | **Debtor's name** | Employees Retirement System of the Government of the Commonwealth of Puerto Rico (ERS) |
| 2. | **All other names Debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura |

3. **Debtor's address**

| Principal place of business | Address for Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor per PROMESA § 315 |
|---|---|
| P.O. Box 42003 | Jacob Javits Federal Bldg., 26 Federal Plaza |
| Number    Street | Number    Street |
| | Room 2-128, Attn: Jaime El Koury |
| | P.O. Box |
| San Juan, PR 00940-2203 | New York, NY 10278 |
| City    State    ZIP Code | City    State    ZIP Code |
| County | |

4. **Debtor's website (URL)**
   **Financial Oversight and Management Board website (URL)**
   http://www.gdb-pur.com/investors_resources/ers.html; http://www.retiro.pr.gov
   https://juntasupervision.pr.gov/index.php/en/home/

5. **Type of Title III Debtor**
   ☐ Covered Territory (as defined in PROMESA § 5(8))
   ☒ Covered Territorial Instrumentality (as defined in PROMESA § 5(7))

6. **Are any Title III or Title VI cases pending or being filed by an affiliate of the Debtor?**
   ☐ No.
   ☒ Yes    Debtor  See attached Exhibit 1    Relationship _____
   
   List all cases. If more than 1, attach a separate list.
   District _____   When ___ / ___ / _____
                                    MM / DD / YYYY
   Case number, if known _____

7. **Why is the Title III case filed in *this District*?**
   Check all that apply:
   ☒ This is the United States District Court for the covered territory or covered territorial instrumentality, as applicable (PROMESA § 307(a))
   ☐ This is the United States District Court for the jurisdiction in which the Oversight Board maintains an office that is located outside of the territory (PROMESA § 307(b))
   ☐ Territory does not have a district court (U.S. District Court of Hawaii only) (PROMESA § 307(a))

page 1

Case:17-03566-LAG Doc#:1 Filed:05/21/17 Entered:05/21/17 17:30:13 Desc: Main Document Page 5 of 20

Case:17-00205-MAG Doc#:43-1 Filed:05/22/17 Entered:05/22/17 14:40:42 Desc: Exhibit A - Employee Retirement System PROMESA Petition Page 5 of 20

Debtor _____  Case number (if known) _____
       Name

**Request for Relief, Declaration, and Signatures**

8. **Declaration and signature of Financial Oversight and Management Board for Puerto Rico as Representative of Debtor per PROMESA § 315.**

   ☒ The Debtor requests relief in accordance with Title III of PROMESA

   ☒ I have been authorized to file this petition on behalf of the Financial Oversight and Management Board for Puerto Rico.

   ☒ I have examined the information in this petition and the documents attached to this petition as listed below and have a reasonable belief that the information is true and correct.

   ☒ *Schedule A*: Certification of Resolutions Adopted by the Financial Oversight and Management Board for Puerto Rico Pursuant to PROMESA §§ 104(j) and 206(a).

   ☒ *Schedule B*: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on 5/21/2017

   X /s/ _____  Jaime El Koury
   Signature                        Printed name

   Title General Counsel

**Signature of Attorney for Financial Oversight and Management Board for Puerto Rico as Representative of Debtor per PROMESA § 315**

X /s/ _____  Date 5/21/2017
Signature

Martin J. Bienenstock *(pro hac vice pending)*
Printed name

Proskauer Rose LLP
Firm name

11 Times Square
Number    Street

New York                              NY      10036
City                                  State   ZIP Code

212.969.3000                          mbienenstock@proskauer.com
Contact phone                         Email address

1542554                               NY
Bar number                            State

**Signature of Attorney for Financial Oversight and Management Board for Puerto Rico as representative of Debtor per PROMESA § 315**

X /s/ _____  Date 5/21/2017
Signature

Hermann D. Bauer-Alvarez
Printed name

O'Neill & Borges LLC
Firm name

American International Plaza, 250 Muñoz Rivera Avenue, Ste. 800
Number    Street

San Juan, Puerto Rico                          00918-1813
City                                  State   ZIP Code

787-282-5723                          Hermann.Bauer@oneillborges.com
Contact phone                         Email address

215 205, Puerto Rico
Bar number                            State

page 2

Case:17-03566-9 Doc#:1 Filed:05/21/17 Entered:05/22/17 14:40:42 Desc: Main Document Page 6 of 20

Case:16-00265-MAG Doc#:43-1 Filed:05/22/17 Entered:05/23/17 17:30:13 Desc: Exhibit A - Employee Retirement System PROMESA Petition Page 6 of 20

**Exhibit 1**

**List of Title III Cases Pending or Being Filed by an Affiliate**

A.  **Pending Cases:**

1. Commonwealth of Puerto Rico, Title III Case No. 17-cv-01578-LTS (now docketed at 17-BK-3283-LTS).  Court:  U.S. District Court for the District of Puerto Rico.  Petition Date:  May 3, 2017

2. Puerto Rico Sales Tax Financing Corporation (COFINA).  Title III Case No. 17-cv-01599-LTS (now docketed at 17-BK-3284-LTS).  Court:  U.S. District Court for the District of Puerto Rico.  Petition Date:  May 5, 2017

B.  **Cases Being filed Contemporaneously with the Instant Case:**

On the date hereof, each of the entities listed below, which includes the Debtor in the instant Title III case, is filing a voluntary petition for relief under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA") in the United States District Court for the District of Puerto Rico (the "Court").

3. Employees Retirement System of the Government of the Commonwealth of Puerto Rico (ERS)

4. Puerto Rico Highways and Transportation Authority (HTA)

Case:16-00205-MAG Doc#:43-1 Filed:05/22/17 Entered:05/22/17 17:30:13 Desc:
Document Page 7 of 20

Case:17-03566-9 Doc#:1 Filed:05/21/17 Entered:05/21/17 14:40:42 Desc: Main
Exhibit A - Employee Retirement System PROMESA Petition Page 7 of 20

# Schedule A

**Certification of Resolutions Adopted by the Financial Oversight and Management Board**

Case:17-03566-9 Doc#:1 Filed:05/21/17 Entered:05/22/17 14:40:42 Desc: Main
Document Page 8 of 20

Case:16-00205-MAG Doc#:43-1 Filed:05/23/17 Entered:05/23/17 17:30:13 Desc:
Exhibit A - Employee Retirement System PROMESA Petition Page 8 of 20

# CERTIFICATION OF RESOLUTIONS ADOPTED BY THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO BY UNANIMOUS WRITTEN CONSENT

(Employees Retirement System of the Government of the Commonwealth of Puerto Rico (ERS))

I, the undersigned, General Counsel of the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), do hereby certify that (i) attached is a true and correct copy of the resolutions of the Oversight Board adopted on May 21, 2017 by Unanimous Written Consent, and (ii) such resolutions have not been modified or rescinded, and remain in full force and effect.

By: _____
Name: Jaime A. El Koury
Title: General Counsel
Date: May 21, 2017

Case:17-03566-9 Doc#:1 Filed:05/21/17 Entered:05/22/17 14:40:42 Desc: Main Document Page 9 of 20

Case:16-00205-MAG Doc#:43-1 Filed:05/22/17 Entered:05/23/17 17:30:13 Desc: Exhibit A - Employee Retirement System PROMESA Petition Page 9 of 20



# FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
# FOR PUERTO RICO

## UNANIMOUS WRITTEN CONSENT APPROVING AND ISSUING CERTIFICATIONS PURSUANT TO SECTIONS 104 AND 206 OF PROMESA FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO (ERS)

WHEREAS on June 30, 2016, the federal Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA")[1] was enacted; and

WHEREAS Section 101 of PROMESA created the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"); and

WHEREAS on September 30, 2016, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") was designated by the Oversight Board as a Covered Territorial Instrumentality pursuant to Section 101(d)(1)(A) of PROMESA; and

WHEREAS the Oversight Board has been advised that ERS desires to effect a plan to adjust its debt pursuant to Title III of PROMESA; and

WHEREAS in connection with the commencement of a Title III case for ERS, the Oversight Board is required (i) pursuant to Section 206 of PROMESA, to make certain Restructuring Determinations (as defined below) and to issue a restructuring certification as to such determinations, and (ii) pursuant to Section 104(j) of PROMESA, to certify the filing by ERS of a voluntary petition under Title III of PROMESA; and

WHEREAS following discussions with ERS and its legal and financial advisors, and after consultation with the Oversight Board's legal and financial advisors, and following extensive deliberation, the Oversight Board has determined, in its sole discretion, that (1) ERS has made good-faith efforts to reach a consensual restructuring with creditors; (2) ERS has adopted procedures necessary to deliver timely audited financial statements and made public draft financial statements and other information sufficient for any interested person to make an informed decision with respect to a possible restructuring; (3) ERS is a Covered Territorial Instrumentality that is subject to a Territory Fiscal Plan certified by the Oversight Board; and (4)

---

[1] Capitalized terms used but not defined herein have the definitions given to them in PROMESA.

Case:17-03566-LA Doc#:1 Filed:05/21/17 Entered:05/22/17 14:40:42 Desc: Main Document Page 10 of 20

Case:16-00205-MAG Doc#:43-1 Filed:05/22/17 Entered:05/23/17 17:30:13 Desc: Exhibit A - Employee Retirement System PROMESA Petition Page 10 of 20

no order approving a Qualifying Modification under Section 601 of PROMESA has been entered with respect to ERS (the foregoing determinations, the "Restructuring Determinations"); and

WHEREAS following discussions with ERS and its legal and financial advisors, and after consultation with the Oversight Board's legal and financial advisors, and following extensive deliberation, the Oversight Board has determined it is necessary and appropriate in order to protect the residents of Puerto Rico, and in the best interests of the creditors of ERS, for a voluntary petition under Title III of PROMESA to be filed for ERS in the United States District Court for the District of Puerto Rico (the "District Court"); and

WHEREAS it is the Oversight Board's intention in making its determinations in connection with such Title III filing (1) that such filing should not preclude efforts to implement consensual debt restructurings if possible and practicable, and (2) to continue negotiations with the creditors of ERS with a view to implementing consensual debt restructurings to the extent possible and appropriate;

NOW, THEREFORE, IT IS HEREBY RESOLVED that the Oversight Board approves and certifies the Restructuring Determinations pursuant to section 206 of PROMESA; and it is further

RESOLVED that, pursuant to section 104(j) of PROMESA, the Oversight Board approves and certifies the filing in the District Court of a voluntary petition under Title III of PROMESA for ERS at such time as the Chair or Executive Director of the Oversight Board determines to be appropriate; and it is further

RESOLVED that, for the avoidance of doubt, these resolutions shall constitute (i) the restructuring certificate required to be issued by the Oversight Board pursuant to Section 206 of PROMESA, and (ii) the certification required to be issued by the Oversight Board for the filing of a Title III petition for ERS pursuant to Section 104(j) of PROMESA; and it is further

RESOLVED that the Executive Director, General Counsel and any other officer of the Oversight Board now or hereafter appointed by the Oversight Board (each, an "Authorized Officer") shall be, and each hereby is, authorized and empowered to execute and publish (including by attaching a copy thereof to a Title III Petition filed for ERS) a certificate or certificates that certify (i) the Restructuring Determinations of the Oversight Board pursuant to Section 206 of PROMESA, (ii) the filing of a Title III petition for ERS pursuant to Section 104(j) of PROMESA, and (iii) the other approvals and authorizations of the Oversight Board set forth in these resolutions; and it is further

RESOLVED that each Authorized Officer shall be, and each hereby is, authorized and empowered to execute and file in the name and on behalf of Oversight Board, as the "representative" of ERS pursuant to Section 315 of PROMESA, all petitions (including, but not limited to, a Title III petition), schedules, motions, lists, applications, pleadings, affidavits and other papers to be filed in the District Court (and in such other courts of competent jurisdiction as may be applicable), and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other

Case:17-03566-LTS Doc#:1 Filed:05/21/17 Entered:05/22/17 14:40:42 Desc: Main
Document Page 11 of 20

Case:16-00305-MAG Doc#:43-1 Filed:05/22/17 Entered:05/22/17 17:30:13 Desc:
Exhibit A - Employee Retirement System PROMESA Petition Page 11 of 20

professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with ERS's Title III case.

Dated: May 21, 2017     _____
José B. Carrión, Chair

Dated: May __, 2017     _____
Andrew G. Biggs

Dated: May __, 2017     _____
Carlos M. García

Dated: May __, 2017     _____
Arthur J. González

Dated: May __, 2017     _____
José R. González

Dated: May __, 2017     _____
Ana J. Matosantos

Dated: May __, 2017     _____
David A. Skeel, Jr.

3

Case:17-03566-LdiA Doc#:1 Filed:05/21/17 Entered:05/22/17 14:40:42 Desc: Main
Document Page 12 of 20

Case:16-00305-MAG Doc#:43-1 Filed:05/22/17 Entered:05/22/17 17:30:13 Desc:
Exhibit A - Employee Retirement System PROMESA Petition Page 12 of 20

professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with ERS's Title III case.

Dated: May __, 2017

_____
José B. Carrión, Chair

Dated: May 21, 2017

_____
Andrew G. Biggs

Dated: May __, 2017

_____
Carlos M. García

Dated: May __, 2017

_____
Arthur J. González

Dated: May __, 2017

_____
José R. González

Dated: May __, 2017

_____
Ana J. Matosantos

Dated: May __, 2017

_____
David A. Skeel, Jr.

3

professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with ERS's Title III case.

Dated: May __, 2017

_____
José B. Carrión, Chair

Dated: May __, 2017

_____
Andrew G. Biggs

Dated: May 21, 2017

_____
Carlos M. García

Dated: May __, 2017

_____
Arthur J. González

Dated: May __, 2017

_____
José R. González

Dated: May __, 2017

_____
Ana J. Matosantos

Dated: May __, 2017

_____
David A. Skeel, Jr.

Case:17-03566-9 Doc#:1 Filed:05/21/17 Entered:05/22/17 13:40:42 Desc: Main Document Page 14 of 20

Case:16-00205-MAG Doc#:43 Filed:05/23/17 Entered:05/23/17 17:30:12 Desc: Exhibit A - Employee Retirement System PROMESA Petition Page 14 of 20

profession... Officer deems necessary, prepa...

Dated: May __, 2017

_____
José B. Carrión, Chair

Dated: May __, 2017

_____
Andrew G. Biggs

Dated: May __, 2017

_____
Carlos M. García

Dated: May 21, 2017

_____
Arthur J. González

Dated: May __, 2017

_____
José R. González

Dated: May __, 2017

_____
Ana J. Matosantos

Dated: May __, 2017

_____
David A. Skeel, Jr.

professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with ERS's Title III case.

Dated: May __, 2017  _____
José B. Carrión, Chair

Dated: May __, 2017  _____
Andrew G. Biggs

Dated: May __, 2017  _____
Carlos M. García

Dated: May __, 2017  _____
Arthur J. González

Dated: May 21, 2017  *[signature: José R. González]*
_____
José R. González

Dated: May __, 2017  _____
Ana J. Matosantos

Dated: May __, 2017  _____
David A. Skeel, Jr.

3

professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with ERS's Title III case.

Dated: May __, 2017                                    _____
                                                                        José B. Carrión, Chair

Dated: May __, 2017                                    _____
                                                                        Andrew G. Biggs

Dated: May __, 2017                                    _____
                                                                        Carlos M. García

Dated: May __, 2017                                    _____
                                                                        Arthur J. González

Dated: May __, 2017                                    _____
                                                                        Jo

Dated: May 21, 2017                                    _____
                                                                        Ana J. Matosantos

Dated: May __, 2017                                    _____
                                                                        David A. Skeel, Jr.

3

Case:17-03566-LTS Doc#:1 Filed:05/21/17 Entered:05/21/17 14:40:42 Desc: Main
Document Page 17 of 20

Case:16-00205-MAG Doc#:43-1 Filed:05/22/17 Entered:05/22/17 17:30:13 Desc:
Exhibit A - Employee Retirement System PROMESA Petition Page 17 of 20

professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with ERS's Title III case.

Dated: May __, 2017  
                                                                        José B. Carrión, Chair

Dated: May __, 2017  
                                                                         Andrew G. Biggs

Dated: May __, 2017  
                                                                         Carlos M. García

Dated: May __, 2017  
                                                                        Arthur J. González

Dated: May __, 2017  
                                                                         José R. González

Dated: May __, 2017  
                                                                         Ana J. Matosantos

Dated: May 21, 2017  
                                                                         David A. Skeel, Jr.

3

Case:17-03566-9 Doc#:1 Filed:05/21/17 Entered:05/22/17 14:40:42 Desc: Main
Document Page 18 of 20

Case:16-00205-MAG Doc#:43-1 Filed:05/22/17 Entered:05/23/17 17:30:13 Desc:
Exhibit A - Employee Retirement System PROMESA Petition Page 18 of 20

**Schedule B**

**List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**

Case:17-03566-9 Doc#:1 Filed:05/21/17 Entered:05/22/17 14:40:42 Desc: Main Document Page 19 of 20

Case:16-00205-MAG Doc#:43-1 Filed:05/22/17 Entered:05/23/17 17:30:13 Desc: Exhibit A - Employee Retirement System PROMESA Petition Page 19 of 20

| Case Information | |
|---|---|
| Debtor : | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| United States District Court for Puerto Rico | |
| Case Number: _____ | |

List of Creditors Who Have the 20 Largest Unsecured Claims[1] and Are Not Insiders[2]

| | Name of Creditor | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of Claim |
|---|---|---|---|---|---|
| 1 | ARROYO FLORES CONSULTING GROUP INC. | AVE LOMAS VERDES 1820 LOCAL 3 SAN JUAN, PR 00926 Attn: REINALDO ARROYO Email: arroyo@afcg.biz | Professional Services | | $91,350.00 |
| 2 | TAPLIN, CANIDA AND HABACHT | 1001 BRICKELL BAY DR., SUITE 2100 MIAMI, FL 33131 Attn: TERE ALVAREZ CANIDA CFA Fax: 305-379-4452 Email: tac@tchinc.com | Professional Services | | $53,651.96 |
| 3 | AUTORIDAD FINANCIAMIENTO VIVIENDA | 606 AVE BARBOSA EDIF JUAN C CORDERO SAN JUAN, PR 00936 Attn: MELVIN GONZALEZ PEREZ Email: melvin.gonzalez@afv.pr.gov | Government | | $51,673.08 |
| 4 | DATABASE MARKETING SERVICES | ZONA INDUSTRIAL AMELIA 20 CALLE DIANA GUAYNABO, PR 00968 Attn: KENNETH SEWELL Fax: 787-720-0576 Email: ksewell@databasepr.com | Trade Debt | | $43,647.81 |
| 5 | OL MAINTENANCE | W E34 AVE COSTO STA JUANITA BAYAMON, PR 00956 Attn: JUAN CALO CALDERON Fax: 787-779-8510 Email: olmaintenance@yahoo.com | Trade Debt | | $24,619.83 |
| 6 | THE BANK OF NEW YORK MELLON | 225 LIBERTY STREET NEW YORK, NY 10286 Attn: JON BANGOR VICE PRESIDENT Fax: 1-615-779-5109 Email: debbi.reid@bnymellon.com | Professional Services | | $23,333.34 |
| 7 | POPULAR ASSET MANAGEMENT | 209 MUÑOZ RIVERA AVE 9TH FLOOR HATO REY, PR 00918 Attn: JAVIER RUBIO CFA Fax: 787-754-4777 Email: jrubio@bppr.com | Professional Services | | $22,062.02 |
| 8 | SANTANDER ASSET MANAGEMENT | SANTANDER TOWER SAN PATRICIO B7 CALLE TABONUCO STE 1800 GUAYNABO, PR 00968 Attn: DESIREE MIESES Fax: 787-296-5435 Email: Dmieses@sampr.com | Professional Services | | $21,372.63 |
| 9 | CHICAGO EQUITY PARTNERS | 180 N LA SALLE STREET SUITE 3800 CHICAGO, IL 60601 Attn: MARTY DOROW Fax: 312-629-2728 | Professional Services | | $20,869.91 |

---

[1] The list of 20 largest unsecured claims excludes claims of individual pensioners that may have a claim against the Debtor.

[2] The Employees Retirement System of the Government of the Commonwealth of Puerto Rico reserves all rights to amend or supplement this list from time to time, in all respects, as may be necessary or appropriate. Nothing herein shall be deemed an admission or a waiver of any rights, claims, and defenses.

Case:16-00205-MAG Doc#:43-1 Filed:05/22/17 Entered:05/22/17 17:30:13 Desc: Exhibit A - Employee Retirement System PROMESA Petition Page 20 of 20

Case:17-03566-9 Doc#:1 Filed:05/21/17 Entered:05/22/17 14:40:42 Desc: Main Document Page 20 of 20

| | Name of Creditor | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of Claim |
|---|---|---|---|---|---|
| | | Email: mdorow@chicagoequity.com | | | |
| 10 | ALPHA GUARDS MGT INC | 49 CALLE MAYAGUEZ PISO 3<br>HATO REY, PR 00917<br>Attn: JORGE MORALES LABOY<br>Fax: 787-294-6984<br>Email: alphaguards@aol.com | Trade Debt | | $18,594.80 |
| 11 | MESIROW FINANCIAL INVESTMENT MGT INC. | 353 N. CLARK ST.<br>CHICAGO, IL 60654<br>Attn: LUIS VILLAREJO<br>Fax: 787-281-6157<br>Email: lvillarejo@mesirowfinancial.com | Professional Services | | $18,017.67 |
| 12 | STATE STREET GLOBAL ADVISORS | 3475 PIEDMONT ROAD, NE SUITE 1920<br>ATLANTA, GA 30305<br>Attn: MICHAEL HALEY<br>Fax: (404) 442-0501<br>Email: Michael_Haley@ssga.com | Professional Services | | $17,654.73 |
| 13 | AIR CHILLER MECHANICAL CONST.INC. | CAGUAS INDUSTRIAL COMM PARK<br>BO RIO CAÑO CARR 1 LOCAL 1<br>CAGUAS, PR 00725<br>Attn: JULIA TOLENTINO<br>Fax: 787-744-4969<br>Email: airchmech@aol.com | Trade Debt | | $13,175.00 |
| 14 | NETWAVE EQUIPMENT CORP. | 316 AVE DE LA CONSTITUCION<br>SAN JUAN, PR 00901<br>Attn: MELISSA PIOVANNETTI<br>Fax: 787-722-4843<br>Email: melissa@nustream.com | Professional Services | | $9,186.00 |
| 15 | MAINLINE INFORMATION SYSTEMS | 1700 SUMMIT LAKE DR<br>TALLAHASSEE, FL 32317<br>Attn: MARTHA LUCIA RODRIGUEZ<br>Fax: 888-381-6851<br>Email: marthalucia@mainline.com | Trade Debt | | $8,466.18 |
| 16 | PUERTO RICO ATTORNEYS AND COUNSELORS AT LAW PSC | 203 CALLE ELEONOR ROOSEVELT<br>HATO REY, PR 00918-3006<br>Attn: JOSE F CHAVES CARABALLO<br>Fax: 787-764-9120<br>Email: chaves@fc-law.com | Professional Services | | $6,781.25 |
| 17 | MARTA GISELA ALVAREZ | URB GARDEN HILLS A 19 CALLE SERANIA ,<br>GUAYNABO PR 00966<br>Attn: MARTA GISELA ALVAREZ<br>Email: alvamarta@gmail.com | Professional Services | | $5,500.00 |
| 18 | BELTRAN BELTRAN AND ASSOC PSC | 623 AVE. PONCE DE LEON<br>EXECUTIVE BUILDING, SUITE 1100A<br>SAN JUAN, PR 00917<br>Attn: CARLOS BELTRAN<br>Fax: 787-919-0645<br>Email: beltranbeltranassociates@gmail.com | Professional Services | | $5,275.00 |
| 19 | HERNANDEZ GUTIERREZ LAW | PONCE DE LEON AVE. FIRST FEDERAL BUILDING SUITE 713-715<br>SAN JUAN, PR 00909<br>Attn: MARIANA HERNANDEZ<br>Email: mhernandez@mihglaw.com | Professional Services | | $3,897.00 |
| 20 | BANCO POPULAR DE PR | 206 AVE MUÑOZ RIVERA<br>SAN JUAN, PR 00919<br>Attn: CARLOS GARCIA ALVIRA<br>Fax: 787-764-4318<br>Email: carlos.garcia3@popular.com | Professional Services | | $3,640.00 |