IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 15-07632-MAG7 |
| JOSE L RODRIGUEZ RUIZ | Chapter 7 |
| JO ANNE VAZQUEZ RODRIGUEZ | |
| Debtor(s) | ADVERSARY NUMBER: 16-00205-MAG |
| JOSE L RODRIGUEZ RUIZ | |
| JO ANNE VAZQUEZ RODRIGUEZ | |
| Plaintiff(s) | |
| V | |
| DEPARTMENT OF JUSTICE, et. al. | FILED & ENTERED ON NOV/22/2022 |
| Defendant(s) | |

ORDER

The ex-parte motion titled in Spanish "Moción Informativa y de Solicitud de Reapertura de Caso Adversativo Para su Culminación" sent by debtor-plaintiff JoAnne Vazquez Rodriguez ("Debtor-Plaintiff") to the email address for emergency filings of the United States Bankruptcy Court for the District of Puerto Rico on November 20, 2022 is denied to the extent it fails to comply with the procedural requirements set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules for the United States District and Bankruptcy Courts for the District of Puerto Rico. The emergency filing system is for emergencies and not meant to replace filing requirements or a way to circumvent affording due process to all parties in interest. Pursuant to Puerto Rico Local Bankruptcy Rule 9013-1(c)(1), the proper way to move the Court is through a motion that includes adequate notice to all parties in interest and objection language for parties to respond. Unrepresented parties shall file pleadings and other papers in person, by U.S. mail, or private carrier, as required by Puerto Rico Local Civil Rule 5. Furthermore, pursuant to Puerto Rico Local Bankruptcy Rule

9013-2(a), a motion must be accompanied by a supporting memorandum that contains the points and legal authorities in support of the party's request. The motion filed by Debtor-Plaintiff does not provide adequate notice to the defendants and fails to state a legal basis for the remedy being requested. Finally, motions filed in the Bankruptcy Court must be filed in English, as required by Puerto Rico Local Civil Rule 5. The motion filed by Debtor-Plaintiff is in Spanish.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 22 day of November, 2022.

*/s/ María de los A. González*

MARIA DE LOS ANGELES GONZALEZ
United States Bankruptcy Judge