IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>JOSE L RODRIGUEZ RUIZ<br>JO ANNE VAZQUEZ RODRIGUEZ<br>　　　　　Debtor(s)<br>JOSE L RODRIGUEZ RUIZ<br>　　　　Plaintiff(s)<br>　　　　V.<br>DEPARTMENT OF JUSTICE<br>ROBERTO ROMAN VALENTIN<br>　　　　Defendant(s) | CASE NO. 15-07632-MAG7<br>Chapter 7<br><br>ADVERSARY NUMBER: 16-00205-MAG<br><br><br>FILED & ENTERED ON MAR/15/2023 |

ORDER

The ex-parte motion titled "Informative Motion and Request for Reopening of Adversary Case for its Completion" sent by debtor-plaintiff JoAnne Vazquez Rodriguez ("Debtor-Plaintiff") to the email address for emergency filings of the United States Bankruptcy Court for the District of Puerto Rico on March 3, 2023, (docket #56) is denied to the extent it fails to comply with the procedural requirements set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules for the United States District and Bankruptcy Courts for the District of Puerto Rico. The emergency filing system is for emergencies and not meant to replace filing requirements or a way to circumvent affording due process to all parties in interest. Pursuant to Puerto Rico Local Bankruptcy Rule 9013-1(c)(1), the proper way to move the Court is through a motion that includes adequate notice to all parties in interest and objection language for parties to respond. Unrepresented parties shall file pleadings and other papers in person, by U.S. mail, or private carrier, as required by Puerto Rico Local Civil Rule 5. Furthermore, pursuant to Puerto Rico Local Bankruptcy Rule 9013-2(a), a motion must be accompanied by a supporting memorandum that contains the points and legal authorities in support of the party's request.

The motion filed by Debtor-Plaintiff does not provide adequate notice to the Defendants and fails to state a legal basis for the remedy being requested. Moreover, the court notes that Adv. Proc. No. 16-00205 was stayed on August 18, 2017 upon the filing by the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico of a petition for debt adjustment relief under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. 2101 et seq. See Dkts. 44, 46.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 15 day of March, 2023.

MARIA DE LOS ANGELES GONZALEZ
United States Bankruptcy Judge