IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>JOSE L RODRIGUEZ RUIZ<br>JO ANNE VAZQUEZ RODRIGUEZ<br>　　　　Debtor(s)<br>JOSE L RODRIGUEZ RUIZ<br>　　　　Plaintiff(s)<br>DEPARTMENT OF JUSTICE<br>ROBERTO ROMAN VALENTIN<br>　　　　Defendant(s) | CASE NO. 15-07632-MAG7<br>Chapter 7<br><br>ADVERSARY NUMBER: 16-00205-MAG<br><br><br><br>FILED & ENTERED ON MAR/15/2023 |

ORDER

The adversary proceeding of caption was filed on September 16, 2016 and was stayed on August 18, 2017 upon the filing by the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico of a petition for debt adjustment relief under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. 2101 et seq. ("PROMESA"), case no. 17-03283 with the U.S. District Court for the District of Puerto Rico (the "Title III Case"). See Dkts. 1, 44, 46. The court in the Title III case entered an order dated January 18, 2022 (the "Order Confirming Title III Plan") confirming the Modified Eighth Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al., dated January 14, 2022. See Title III Case, Dkts. 19784, 19813. The confirmed plan includes the discharge of any and all claims that arose prior to the effective date, except as provided therein, and an injunction and supplemental injunction that stays, restrains, and enjoins any individual or entity from taking any action against the Reorganized Debtors (as defined therein) for the purpose of directly or indirectly collecting, recovering or receiving any payment or recovery with respect to any Released Claims (as defined therein) arising prior to the effective date. See Title III Case, Dkt, 19784, pp. 193-196; 200-201. The

effective date was March 15, 2022. See Title III Case, Dkt. 20349. Thus, the effective date occurred after the filing of this case. In light of the foregoing, the Plaintiffs are ordered to show cause within 21 days as to why this case should not be dismissed with prejudice upon the entry of the Order Confirming Title III Plan and the occurrence of the effective date.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15 day of March, 2023.

MARIA DE LOS ANGELES GONZALEZ
United States Bankruptcy Judge